### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TERRENCE L. JACKSON                                                                              PLAINTIFF

v.                                              No. 3:07CV00108 JLH

HINO MOTORS MANUFACTURING USA, INC.                                              DEFENDANT

### ORDER

The above referenced *pro se* case was transferred from the Western District of Tennessee into this district on August 7, 2007. Through the course of random assignment, the case was placed on the docket of the undersigned. On July 30, 2007, attorney John W. Walker filed a complaint in the Eastern District of Arkansas, Jonesboro Division, styled *Terrence Jackson v. Hino Motors Manufacturing USA, Inc*. The case was assigned case number 3:07CV00104 JLH. This matter was also randomly assigned to the docket of the undersigned.

A review of the complaints in each case indicate that both complaints were filed as a result of the same circumstances surrounding Mr. Jackson's employment with Hino Motors Manufacturing USA, Inc. The Court has determined that this case is duplicative of case number 3:07CV00104 JLH, and should be dismissed.

IT IS THEREFORE ORDERED that the Clerk shall administratively terminate this action in his records. Mr. Jackson should confer with his attorney regarding future filings. All further filings should bear the case number 3:07CV00104 JLH and be signed by Mr. Walker.

IT IS SO ORDERED this 9th day of August, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE